# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SANTO BOCCHINFUSO,      :   No. 417 MAL 2015

       Petitioner      :

     :   Petition for Allowance of Appeal from
     :   the Order of the Commonwealth Court

       v.      :

STATE CIVIL SERVICE COMMISSION      :
(DEPARTMENT OF TRANSPORTATION),      :

       Respondents      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.